**Amended Complaint:** To clarify Defendant listing to 2:18 CV 1054-MHT

**January 10, 2019**  US District Court 1 Church St, Room B110 Montgomery, AL 36104

Benjamin Vient

217 West 18th Street #238

NY, NY 10011

Plaintiff

Complaint against:

Raycom Media, Defendant 1:

(Legal Representatives: Ellenann Yelverton, John Alexander)

RSA Tower, 20th Floor, 201 Monroe Street, Montgomery, AL 36104

CNHI, Defendant 2:

(Legal Representative: Matt Gray)

445 Dexter Avenue Montgomery, AL 36104

**Complaint:**

This is a complaint for clear intellectual property and copyright infringement under the Copyright Act of 1976 (the "Copyright Act"), 17 U.S.C. §§ 101 *et seq*.  Defendant has infringed upon Plaintiff's copyright and intellectual property rights, including the rights to reproduce, the rights to distribute copies and the rights to display copies of Plaintiff's works.  Please see Exhibit.

*N.B.* The extent and timeline of infringement is information only the Defendant knows at this time, thus necessitating the Motion for Discovery, in order to produce a factual list of infringements of works, and appropriate damages and relief, in accordance with the Copyright Act of 1976 (the "Copyright Act"), 17 U.S.C. §§ 101 *et seq*.

**Relief:**

Plaintiff seeks relief of all remedies as accorded under the law, including an independent accounting of usage of works, damages and statutory damages as available under the Copyright Act of 1976 (the "Copyright Act"), 17 U.S.C. §§ 101 *et seq*. , Plaintiff's legal fees and costs, preliminary and permanent injunctive relief, other damages and relief related to the infringement of Plaintiff's intellectual property, and further legal and equitable relief as the Court deems just and proper.

Signed: Benjamin Vient    bvient@outlook.com   January 10, 2019



West
217 West 18th Street
238
New York NY 10011

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM

0001835561000011
US District Court
Clerk's Office
1 Church St
Room B110
Montgomery AL 36104
USA



KMW-EP1 36104