Vient, Plaintiff

v.

Raycom Media and CNHI, Defendants

Case: 2:18-CV-01054   Hon. Judge Gray M. Borden

RECEIVED
2019 JUL -1  A 10: 04
DEBRA P. HACKETT, CLK
DISTRICT COURT
MIDDLE DISTRICT

## Motion for Settlement Proposal to Include the Creation of a Copyright-specific Complaint Form

Pro-se Plaintiff shares a concern of Defendants' in their Motion to Stay Pending Disposition of Plaintiff's Objections to Report and Recommendation (Doc.) : to "conserve this Court's and the Parties' resources." (Doc. 54, page 2, paragraph 2)

In this interest, Plaintiff is proposing, as a part of settlement discussions, for Defendants to voluntarily join Pro-se Plaintiff's effort to create a Copyright-specific Complaint Form, to be included on the Library of Congress' websites, and the US Courts.Gov websites, as well as any other places this Court may suggest.

It's become clear, through this process, that Pro-se Plaintiffs such as myself, do not have the education and resources in these situations. Justice doesn't become the prevailing topic; education and resources become the prevailing topics. It's a problem. Pro-se Plaintiff wishes to be part of the solution, and not part of the problem, and hopes that Defendants share that goal of justice, for all.

Details of such effort are developing. In the continued interest to "conserve this Court's and the Parties' resources," Pro-se Plaintiff hopes Defendant CNHI and Defendant Raycom will respond to this Motion in the affirmative.

Respectfully submitted,

*Benji a. V*

Benjamin Vient


CERTIFICATE OF MAILING

I HEREBY CERTIFY that on 2019, I delivered a true and correct copy of the foregoing via email, according to a previous agreement to use designated emails, to:
mfoley@maynardcooper.com

*Benji a. V*

Benjamin Vient, Plaintiff, Pro-Se

Vient
217 West 18th Street
238
New York NY 10011

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM

0002108902000011
US District Court
Clerk's Office
1 Church St
Room B110
Montgomery AL 36104
USA

FRN-IP1    36104