# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BENJAMIN VIENT, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>RAYCOM MEDIA and CNHI, )<br>)<br>  Defendants. ) | CIVIL ACTION NO.<br>2:18cv1054-MHT<br>(WO) |

## OPINION

Plaintiff filed this lawsuit asserting claims of copyright infringement based on the appearance on an online archive in 2018 of an article, written by plaintiff, that the defendants had published in their newspaper in 2015. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss, or in the alternative, for summary judgment be granted as to summary judgment and that plaintiff's motion for preliminary injunction be denied. (The magistrate judge also recommended resolution of various procedural motions.) Also before the court are plaintiff's

objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of October, 2019.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**