IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BENJAMIN VIENT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:18cv1054-MHT (WO) |
| RAYCOM MEDIA and CNHI, | ) ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 44) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 43) is adopted.

(3) Plaintiff's motions for a more definite statement (doc. nos. 17 and 38) are denied.

(4) Plaintiff's motions for a scheduling conference and order (doc. nos. 19 and 41) are denied due to the pendency of the motion to dismiss and alternative

motion for summary judgment.

(5) Plaintiff's motion to amend/correct (doc. no. 32) is granted only to the extent that the court construes the amended complaint as including the copyright registration number.

(6) Plaintiff's motion for extension of time (doc. no. 37) is granted to the extent that the court considered the plaintiff's reply brief.

(7) Plaintiff's motion for preliminary injunction (doc. no. 24) is denied for failure to show likelihood of success on the merits.

(8) Defendants' alternative motion for summary judgment (doc. no. 9) is granted, and their motion to dismiss (doc. no. 9) is denied as moot.

(9) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaint.

(10) All other pending motions are denied as moot.

It is further ORDERED that costs are taxed against

plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of October, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE